# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 17, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148863

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

CARLOS BORDAYO,
        Defendant-Appellant.

SC: 148863
COA: 318961
Ingham CC: 13-000173-FH

_____/

On order of the Court, the application for leave to appeal the January 10, 2014 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 17, 2014



Clerk

s0910